UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUGNARA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>,<br><br>　　　　Defendant. | Case No. 20-cv-07026-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a federal prisoner, has filed a civil rights action.  Plaintiff was sent a notice that he had not paid the filing fee, submitted a complete application for leave to proceed in forma pauperis or filed a formal complaint.  He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents and submit a formal complaint.  More than twenty-eight days has passed, and plaintiff has not submitted any filing or otherwise communicated with the Court.  The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: December 4, 2020

_____
JAMES DONATO
United States District Judge